| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:20CR00401-001 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00210-APG-BNW-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Palu Lose | Utah | Central |
| | NAME OF SENTENCING JUDGE Howard C. Nielson, U.S. District Judge | |
| ✓ FILED  ___ RECEIVED   ___ ENTERED  ___ SERVED ON   JULY 17 2025   CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA   BY: AMMi DEPUTY | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/20/2025 | TO 06/19/2028 |

OFFENSE
Count 1: Felon in Possession of Firearms

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The defendant was released from state custody in the state of Nevada on June 20, 2025. He commenced his 36 months term of supervised release and reported to U.S. Probation in the District of Nevada on the same date. Mr. Lose is on state parole supervision in the state of Nevada and residing with his sister in the Las Vegas area. The District of Nevada has accepted supervision and is requesting jurisdiction.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____District of Nevada____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

7/16/2025
*Date*

*United States District Judge*

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 21, 2025
*Effective Date*

*United States District Judge*

1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Palu Lose

Case NO.: To Be Assigned

**REQUEST TO ACCEPT TRANSFER
OF JURISDICATION**

July 16, 2025

TO:   United States District Court Judge

On July 1, 2022, in the District of Utah, the Honorable Judge Howard C. Nielson Jr. sentenced Lose to 30 months custody followed by three (3) years of supervised release for committing the offense of Felon in Possession of a Firearm. On June 19, 2025, supervision commenced in the District of Nevada.

The purpose of this letter is to inform the court that the District of Utah has initiated a transfer of jurisdiction (TOJ) as evidenced by the signed probation form (prob) 22. Lose is a resident of Nevada and is also currently being supervised by the Nevada State Division of Probation and Parole, thus a transfer of jurisdiction is appropriate in this case. The probation form 22 is attached for the Court's review. Should you have any questions, please contact the undersigned at Deleyna_Joseph@nvp.uscourts.gov or (702) 236-2134.

Respectfully submitted,

Deleyna Jensen
United States Probation Officer

Approved:

Steve M Goldner
Supervisory United States Probation Officer